MILLAR, APPELLANT, *v.* BEACON INSURANCE COMPANY OF AMERICA, APPELLEE.

[Cite as *Millar v. Beacon Ins. Co. of America* (1992), 64 Ohio St.3d 96.]

(No. 92-350—Submitted May 19, 1992—Decided June 24, 1992.)

---

*Philip M. Collins & Associates* and *Philip M. Collins,* for appellant.

*Isaac, Brant, Ledman & Becker, J. Stephen Teetor, James H. Ledman* and *David G. Jennings,* for appellee.

---

The motion to certify is allowed. The cause is reversed and remanded on authority of *State Farm Auto. Ins. Co. v. Alexander* (1992), 62 Ohio St.3d 397, 583 N.E.2d 309.

Moyer, C.J., Sweeney, Douglas, H. Brown and Resnick, JJ., concur.

Holmes and Wright, JJ., dissent.